# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

March 12, 2020

**VIA ECF**

The Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007

      Re:    Littleton v. Goldman Sachs Group, Inc. *et al*.; 20-cv-00949 (CM)

Dear Judge McMahon:

We represent Plaintiff William Littleton and write to respectfully request a referral to Magistrate Judge Sarah Netburn for a settlement conference in lieu of the automatic mediation requirement of the Court's Second Standing Administrative Order. See Dkt. No. 17. Respectfully, the parties and their respective counsel have engaged in an extensive dialogue regarding this matter, and on behalf of plaintiff we believe a settlement conference before Judge Netburn would be a far preferable alternative. We have conferred with Defendants and they do not object to this request.

Respectfully submitted,

David E. Gottlieb