UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM JARRAD LITTLETON,

                                 Plaintiff,                         20-CV-00949 (CM)(SN)

               -against-                                           **ORDER**

GOLDMAN SACHS GROUP, INC., et al.,

                                 Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Friday, March 13, 2020, the Honorable Colleen McMahon assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                                     SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:      March 23, 2020
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2020