```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 WILLIAM JARRAD LITTLETON,

                            **Plaintiff,**                  20-CV-00949 (CM)(SN)

           **-against-**                                **ORDER**

**GOLDMAN SACHS GROUP, INC., et al.,**

                            **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the public health crisis, the settlement conference scheduled for Thursday, May 28, 2020, at 2:00 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       May 27, 2020
                 New York, New York