UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
WILLIAM JARRAD LITTLETON,

                        Plaintiff,

           v.                                         20 Civ. 949 (CM) (SN)

GOLDMAN SACHS GROUP, INC., RACHEL
SCHNOLL, in her individual and professional
capacities, and SIRION SKULPONE, in her
individual and professional capacities,

                        Defendants.
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff hereby dismisses all claims in the above-captioned action with prejudice and that the parties shall bear their own costs and attorneys' fees.

Date: New York, New York
       July 22, 2020

_____         _____
David E. Gottlieb                        Theodore O. Rogers, Jr.
WIGDOR LLP                          Matthew J. Porpora
85 Fifth Avenue                          Jacob G. Singer
New York, New York 10003       Arturo C. Schultz
(212) 257-6800                         SULLIVAN & CROMWELL LLP
                                                    125 Broad Street
                                                     New York, New York 10004
                                                     (212) 558-4000

*Attorney for Plaintiff William Jarrad*      *Attorneys for Defendants*
*Littleton*                                          *The Goldman Sachs Group, Inc., Rachel*
                                                     *Schnoll and Sirion Skulpone*